ACCEPTED
03-14-00138-CR
5566483
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/5/2015 2:37:48 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00138- CR

IN THE

COURT OF APPEALS

OF THE

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/5/2015 2:37:48 PM
JEFFREY D. KYLE
Clerk

THIRD JUDICIAL DISTRICT OF TEXAS

--------------------

**LARRY DEWAYNE GARRETT,**
**Appellant**
**vs.**

**STATE OF TEXAS,**
**Appellee**
--------------------

**Appeal from Cause No. 2C13-07176**
**Bell County Court-at-Law No. Two**


--------------------


**STATE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF**


--------------------
**JAMES NICHOLS**
**BELL COUNTY ATTORNEY**
**by**
**Stephen Morris**
**Assistant County Attorney**
**P.O. Box 1127**
**Belton, Texas 76513**
**Tel: (254) 933-5135**
**Fax: (254) 933-5150**
**SBN: 14501700**

**STATE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF**

To the Honorable Court of Appeals:

Comes now Stephen Morris, Assistant Bell County Attorney, representing the State of Texas and files this Motion to Extend Time to File a Brief in answer, and shows as follows:

1.   This is an appeal in a criminal case.  Appellant's Brief was filed on May 6, 2015.

2.   The State's Brief is due June 8, 2015.

3.   The State seeks to extend the time of filing its Brief by thirty (30) days.  If granted, the extension would require the State's Brief to be due on or before July 7, 2015.

4.   Good cause exists for this extension of time.  State's appellate counsel in addition to being assigned the instant appeal, he has been assigned a full case load. Additional time is needed to complete the Brief.

5.   There has been no previous extension granted to the State regarding this appeal.

6.   This motion is unopposed by Appellant's counsel.

Wherefore, premises considered, the State respectfully requests that the Court extend the time for filing his Brief up to and including July 7, 2015.

Respectfully submitted,

/S/ Stephen Morris

_____

Stephen Morris
Assistant Bell County Attorney
Bell County Attorney's Office
P.O. Box 1127
Belton, Texas 76513
(254) 933-5135
steven.morris@co.bell.tx.us

## Certificate of Conference

I hereby certify that I have conferred with counsel for Appellant on June 3, 2015, and counsel does not oppose the above requested extension. Therefore, this motion is submitted as not apposed.

/S/ Stephen Morris

_____

Stephen Morris

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was sent to the person(s) named below, at the address shown by placing the same in a properly addressed envelope, certified, pre-paid, and mailing the document by first class mail on June 4, 2015.

/S/ Stephen Morris

_____

Stephen Morris

Mr. Bobby Dale Barina
Attorney at law
455 East Central Texas Expwy
Harker Heights, Texas 76548
bobbydalebarina@barinalaw.com